706

Commonwealth *v.* Billingsbee, Appellant.

Submitted June 14, 1971. *Michael M. Baylson,* and *Duane, Morris & Heckscher,* for appellant; *James T. Owens* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Bostic, Appellant.

Argued June 21, 1971. *Morris H. Wolff,* for appellant; *Milton M. Stein,* Assistant District Attorney, with him *James T. Ranney,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.